THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lonnie Geter,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-413
Submitted April 21, 2004  Filed June 
 24, 2004

APPEAL DISMISSED

 
 
 
Appellate Defender Dan T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Lonnie Geter was convicted 
 of burglary in the first degree, robbery and assault and battery of a high and 
 aggravated nature (ABHAN).  The circuit court sentenced him to life in prison 
 for burglary, 15 years imprisonment for common law robbery, and ten years imprisonment 
 for ABHAN.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Geters 
 counsel attached a petition to be relieved.  Geter did file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Geters appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concur. 

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.